IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FREDERICK DWIGHT GREEN, JR.,** : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:09-CV-008(CAR) |
| **Sergeant NOPEN, et al.,** : | |
| Defendants. : | |

_____

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 7] that Plaintiff's claims against Defendant Hilton Hall be dismissed. A copy of the Recommendation was forwarded Plaintiff, and no Objection was filed. Having considered the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr